UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roger Jerome Jackson,  
        Plaintiff,

v.

unclaimed Property,

        Defendants.

Civil 14-cv-3270 PJS/FLN

O R D E R

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 5, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff Roger Jerome Jackson's motion to proceed *in forma pauperis* [ECF No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/7/14
        s/Patrick J. Schiltz
        PATRICK J. SCHILTZ
        United States District Court Judge